UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **JAMES W. COLLETTE, SR.,**<br>　　Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF SOCIAL SECURITY,**<br>　　Defendant. | )<br>)<br>)<br>)　No. 3:08-CV-87<br>)　(Phillips/Shirley)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the report and recommendation of the magistrate judge [Doc. 16] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [Doc. 11] is **DENIED;** the defendant Commissioner's motion for summary judgment [Doc. 13] is **GRANTED;** the defendant Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED;** and this case is **DISMISSED.**

**IT IS SO ORDERED.**

**ENTER:**

      s/ Thomas W. Phillips
    United States District Judge